Fill in this information to identify the case:

Debtor name __HRN GROUP, LLC__

United States Bankruptcy Court for the: __Northern__    District of __GA__
(State)

Case number (If known): __18-63282__

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
__Wells Fargo Bank as Trustee for Soundview__

Creditor's mailing address
__1661 Worthington Rd__
__W. Palm Beach FL, 33409__

Describe debtor's property that is subject to a lien
__4596 Meadow Creek Path__     $600,813.00     $389,000
__Lithonia, GA 30038__

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred __10/4/2006__

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
__Home Loan Trust__
__2007-OPT1-Asset-Backed__
__Certificates, Series 2007-OPT1__

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**

Creditor's name
__JP Morgan Chase Bank__

Creditor's mailing address
__3415 Vision Drive__
__Columbus, OH 43219__

Describe debtor's property that is subject to a lien
__6433 Parkway Trace__     $44,836.99     $67,633.00
__Lithonia, GA 30058__

Creditor's email address, if known

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred __1/16/2014__

Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $645,649.39

Debtor **HRN Group, LLC**
Name

Case number (if known) **18-63282**

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**   Creditor's name

**NU Alliance Company**

Creditor's mailing address

**7000 Eunice Drive**
**Riverdale, GA 30274**

Creditor's email address, if known

_____

Date debt was incurred **3/23/18**

Last 4 digits of account number **0 9 7 0**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

**6433 Parkway Trace**
**Lithonia, GA 30058**     $ **82,500**    $ **82,500**

Describe the lien
**Security Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2._**   Creditor's name

**BSI Financial Services as Servicer for US Bank Trust as Trustee of SCIG Series III Trust**
Creditor's mailing address

**7114 E. Stetson Dr. Ste. 250**
**Scottsdale, AZ 85251**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

**20 Ingraham Lane**
**Hempstead NY 11550**     $ **360,000**    $ **300,000**

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page **2** of **28**

Debtor _HRN GROUP, LLC_____
   Name

Case number (if known) _18-63282_

---

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  **Creditor's name**

_Nationstar Mortage, LLC_

**Creditor's mailing address**

_8950 Cypress Waters Blvd_
_Coppell, TX 75019_

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  _0 2 1 3_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

_5725 Cape Code LN_
_Lithonia, GA 30038_
  $ _52,400_

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ _____

---

**2.__**  **Creditor's name**

_M&M Marketing Co._

**Creditor's mailing address**

_3900 Crown Rd # 162d1_
_Atlanta, GA 30321_

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**  _1 0 0 3_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____

☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

_5725 Cape Code LN_
_Lithonia, GA 30038_
  $ _25,000_

**Describe the lien**

_Security Lien_

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ _____

---

Debtor  **HRN GROUP, LLC**
Name

Case number (if known) **18-63282**

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** Creditor's name

**Diamond Alliance, LLC**

Creditor's mailing address

**1924 Tucker Industrial Rd.**
**Tucker, GA 30084**

Creditor's email address, if known

Date debt was incurred **9/16/16 to 8/28/17**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   **Mohommad Yaqoob**

   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

**6172 Hyde Park LN**
**Lithonia, GA 30058**

$ **9,900**      $ _____

Describe the lien **FIFA Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__** Creditor's name

**Mohommad Yaqoob**

Creditor's mailing address

**1924 Tucker Industrial Rd.**
**Tucker, GA 30084**

Creditor's email address, if known

Date debt was incurred **9/16/16 to 8/28/17**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   **A. Keith Logue**

   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

**6172 Hyde Park Lane**
**Lithonia, GA 30058**

$ _____      $ _____

Describe the lien **FIFA Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 4 of 28

Debtor  **HRN GROUP, LLC**
Name

Case number (if known) **18-63282**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._**  Creditor's name

**A. Keith Logue**

Creditor's mailing address

**3423 Waymouth Court**
**Marietta, CA 30062**

Creditor's email address, if known

_____

Date debt was incurred  **9/16/16 to 8/28/17**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  **Logue Law Firm**
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

**6172 Hyde Park Lane**
**Lithonia, CA 30058**  $ **9,900.00**   $ _____

Describe the lien  **FIFA LIEN**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2._**  Creditor's name

**Logue Law Firm P.C.**

Creditor's mailing address

**3423 Waymouth Court**
**Marietta, CA 30062**

Creditor's email address, if known

_____

Date debt was incurred  **9/16/16 to 8/28/17**

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

**6172 Hyde Park Lane**
**Lithonia, CA 30058**  $ _____   $ _____

Describe the lien  **FIFA Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page **5** of **28**

Debtor _HRN Group, LLC_
Name

Case number (if known) _18-63282_

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

_BANK OF AMERICA_

Creditor's mailing address

_P.O. Box 31785_
_Tampa Fl 3363l-1785_

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number _7570_

Do multiple creditors have an interest in the same property?
☑ No
☑ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　_RUBIN LUBLIN_
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_5801 Rock Springs Rd_
_Lithonia_

Amount of claim: $ _100,000_   Value of collateral: $ _150,000_

Describe the lien
_Home Equity_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.** Creditor's name

_NU Alliance Company_

Creditor's mailing address

_7000 Eunice Drive_
_Riverdale GA 30274_

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☑ No. Specify each creditor, including this creditor, and its relative priority.
　　_____
　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_5801 Rock Springs Rd_
_Lithonia, GA 30038_

Amount of claim: $ _200,000_   Value of collateral: $ _150,000_

Describe the lien
_Collateral Loan_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 6 of 29

Debtor _HRN GROUP, LLC_
Name

Case number (if known) _18-63282_

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral**<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__** Creditor's name

_Carrington Mortgage_

Creditor's mailing address _Ste.200A_

_1600 S Douglass Rd._
_Anaheim, CA 92806_

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number __ __ __ __

Do multiple creditors have an interest in the
same property?
☐ No
☑ Yes. Have you already specified the relative
priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.
_Wilmington Trust_
_____

   ☐ Yes. The relative priority of creditors is
specified on lines ___

Describe debtor's property that is subject to a lien

_6236 Katelyn Park_
_Lithonia, GA 30058_ $ _370,000_ $ _187,000_

Describe the lien
_Alleged Holder_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__** Creditor's name

_Wilmington Savings Fund_
_Society, FSB as Trustee For_
Creditor's mailing address _Stanwich Mortgage Loan Trust_
_1600 S Douglass Rd. Ste.200A_
_Anaheim, CA 92806_

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number __ __ __ __

Do multiple creditors have an interest in the
same property?
☐ No
☑ Yes. Have you already specified the relative
priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.
_Rubin Lublin_
_____

   ☐ Yes. The relative priority of creditors is
specified on lines ___

Describe debtor's property that is subject to a lien

_6236 Katelyn Park_
_Lithonia, GA 30058_ $ _____ $ _____

Describe the lien
_Alleged Holder_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    

Debtor  HUN GROUP                                          Case number (if known)  18-63282

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **Part 1:** Additional Page | | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2._ Creditor's name
RUBIN LUBLIN

**Creditor's mailing address**
3415 Avalon Ridge Place
Peach Tree Corners GA 30071

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  Bank Of America
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
5801 Rock Springs Rd  $ 100,000
Lithong GA 30038        $

**Describe the lien**
Alleged Trustee

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

### 2._ Creditor's name
RUBIN LUBLIN

**Creditor's mailing address**
3415 Avalon Ridge Pl
Peach Tree Corners GA 30071

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  Wilmington Savings Fund
  Carrington mortgage
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
6236 Katelyn Park  $ 340,000
Lithonia GA 30058    $

**Describe the lien**
Alleged Trustee

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor **HRN Group, LLC**
Name

Case number *(if known)* 18-63282

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name **The Bank of NY mellon, F/K/A the Bank Of NY as Trustee for CWABS, INC. asset - Backed Certificate Series 2004-15**

Creditor's mailing address
**9062 Old Annapolis Rd Columbia, MD 21043**

Describe debtor's property that is subject to a lien
**2469 Boulder Springs Pl. Ellen Wood, GA 30294**   $ 129,000   $ 110,000

Describe the lien
**Alleged Holder**

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　**Select Portfolio**
　_____
　☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__** Creditor's name **Select Portfolio Servicing, INC.**

Creditor's mailing address
**3217 S. Decker Lake Dr. Salt Lake City, UT 84119**

Describe debtor's property that is subject to a lien
**2469 Boulder Sparks Pl. Ellenwood, GA 30294**   $ (129,000)   $ _____

Describe the lien
**Alleged Servicer**

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　**Al Bertilli Law**
　_____
　☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor **HRN Group, LLC**
Name

Case number *(if known)* **18-63282**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

**AlBertelli Law**

Describe debtor's property that is subject to a lien

**2469 Boulder Springs Pt.** $. (129,000) $ _____
**Ellenwood, GA 30294**

Creditor's mailing address

**100 Galleria Pkwy Ste. 960**
**Atlanta, GA 30339**

Describe the lien
**Alleged Trustee**

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number _____

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    **The Bank of NY Mellon**
    **Select Portfolio**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**2.__** Creditor's name

**Ditech Financial, LLC**

Describe debtor's property that is subject to a lien

**2187 Cloverdale Dr. SE** $. 518,056 $ 336,000
**Atlanta, GA 30311**

Creditor's mailing address

**7360 S. Kyrene Rd**
**Tempe AZ 85283**

Describe the lien
**Security Lien**

Creditor's email address, if known

_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number **8 6 1 2**

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    **Serena Properties**
    **7860 LLC**

  ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **HNN Group, LLC**
Name

Case number (if known) **18-63282**

---

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

**SeRENa Properties**

Creditor's mailing address

**P.O. Box 45/027**
**Atlanta, GA 31145**

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account
number  __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

**2187 Clovendale DR-SE** $ **58,056)** $ _____
**Atlanta, GA 30316**

Describe the lien **Alleged Holder**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.** Creditor's name

**GMFS, LLC**

Creditor's mailing address

**P.O. Box 986**
**Newark, NJ 07184**

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account
number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      **Phillian Diemond**
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

**1866 Christopher Dr.** $ **500,000** $ **$50,000**
**Conyers, GA 30094**

Describe the lien **Security Lien**

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  HMN Group, LLC
_____
Name

Case number (if known) 18-63282

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2._** Creditor's name

Bank Of America

Creditor's mailing address

100 Tyon St. # no
Charlotte, NC 28202

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
Aldridge Pite
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

4508 Meadow Vista Trace
Lithonia, GA 30038

Describe the lien  Security Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $400,000
Column B: $360,000

---

**2._** Creditor's name

Aldridge Pite, LLP

Creditor's mailing address

15 Piedmont Center NE
3575 Piedmont Rd Ste. 500
Atlanta, GA 31145

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
Bank of America
_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

4508 Meadow Vista Trace (Home)
Lithonia, GA 30038

Describe the lien  Alleged Trustee

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Column A: $0.00
Column B: $

---

Debtor _HUN Group, LLC_   Case number (if known) _18-63282_
Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---------|-----------------|--|------|------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

_Phelan Hallinan Diamond_
_& Jones, PLLC_

Creditor's mailing address

_11675 Great Oaks Way_ _#325_
_Alpharetta, GA 30022_

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _GMES, LLC_
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_1866 Christopher Dr._
_Conyers, GA 30094_   $_____   $_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.__** Creditor's name

_Selene Finance, L_

Creditor's mailing address   _Ste. 400_

_9990 Richmond Ave_
_Houston, TX 77042_

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _Shapiro Pendergass_
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_240 Thelauney Dr._
_Counston, GA 30016_   $_205,000_   $_184,000_

Describe the lien _Security Lien_
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D     Additional Page of Schedule D: Creditors Who Have Claims Secured by Property     page _3_ of _25_

Debtor **HRN Group, LLC**
Name

Case number (if known) **18-63282**

---

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value<br>of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

**Selene Finance, LP**

Creditor's mailing address

**9990 Richmond Ave**
**Houston, TX 77042**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number _____ _____ _____ _____

Do multiple creditors have an interest in the
same property?
☒ No
☐ Yes. Have you already specified the relative
priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.
**Suffolk REG**
**Solutions, Inc.**

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is subject to a lien

**178 Morrielles Middle Island** (300,000)  $ **300,000**
**Shirley, NY 11967**

Describe the lien

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.__** Creditor's name

**Suffolk REG Solutions**
**Inc.**

Creditor's mailing address

**20 Beech Wood Dr.**
**Mandaville, NY 11949**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number _____ _____ _____ _____

Do multiple creditors have an interest in the
same property?
☒ No
☐ Yes. Have you already specified the relative
priority?

☐ No. Specify each creditor, including this
creditor, and its relative priority.
_____
_____
_____

☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is subject to a lien

**178 Morrielles Middle Island**  $ **300,000**   $ _____
**Shirley NY 11967**

Describe the lien **Security Lien**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor _Hun Group, LLC_    Case number (if known) _18-63282_

| | Column A | Column B |
|---|---|---|
| **Part 1:** **Additional Page** | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

_Wells Fargo Bank_

Creditor's mailing address

_1 Home Campus_
_Max X 2301 04C_
_Des Moines, IA 50328_

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _Resick. Resick._
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

_27 Penny Street_
_Brentwood NY 11717_    $ _350,000_    $ _280,000_

Describe the lien

_Security Lien_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.** Creditor's name

_Federal National Association Mortgage_

Creditor's mailing address

_14221 Dallas Pkwy #1000_
_Dallas, TX 75254_

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

_1709 AKA 1710 Straight Path_
_Wyandoch, NY 11798_    $ _306,885_    $ _255,000_

Describe the lien

_Security Lien_

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  Name  HNN Group LLC    Case number (if known) 18-63282

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**  Wells Fargo Bank

Describe debtor's property that is subject to a lien
2069 Baylis Ave
Elmont, NY 10003          $ 330,000   $ 300,000

**Creditor's mailing address**
P.O. Box 14547
Des Moines, IA
50306

Describe the lien

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
    Shiraz Inc.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.__ Creditor's name**  Steven Maresh
Shiraz Inc.

Describe debtor's property that is subject to a lien
2069 Baylis Ave
Elmont, NY 11003          $ _____  $ _____

**Creditor's mailing address**
223-17 Hempstead Ave
Queens Village NY 11429

Describe the lien  Security Lien

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
    wells fargo
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor *HRA Group, LLC*                                    Case number (if known) *18-63282*

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name
*JP morgan Chase Bank*

Creditor's mailing address
*3415 Vision Drive*
*Columbus, OH 43219*

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number  *6 5 1 2*

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
*22 D Belmont ave*
*Elmont, NY 11003*     $*496,00*     $*400,000*

Describe the lien
*Security Lien*

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.** Creditor's name
*OWB Reo, LLC*
*One West Bank, FSB*

Creditor's mailing address
*460 Sierra MaDre*
*Villa ave, Pasadena*
*CA 91187*

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   *Mangocin Ewrinkos*
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien
*106 N Grove Street*
*Freeport NY 11520*     $*479,226*     $*350,00*

Describe the lien
*Alleged Adven*

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page *17* of *24*

Debtor **HAN Group, LLC**
Name

Case number (if known) **18-63282**

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

2.__ **Creditor's name**

Margolin E Weinreb Law Group, LLC

**Creditor's mailing address**

165 Eileen Way Syosset, NY 11791

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    DWB LEO LLC
    One West Bank
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

106 N. Grove Street Freeport NY 11520

$_____  $_____

**Describe the lien** Alleged trustee

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

2.__ **Creditor's name** Alexander Valencia

SWC Development Corp

**Creditor's mailing address**

825 E. Gate Blvd. # 210 Garden City NY 11530

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
    EZ Realty EZ Realty
  ☐ Yes. The relative priority of creditors is specified on lines ____

**Describe debtor's property that is subject to a lien**

57 Prospect Street Roosevelt NY 11575

$_____  $_____

**Describe the lien** Alleged Holder

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D  Additional Page of Schedule D: Creditors Who Have Claims Secured by Property  page 18 of 29

Debtor _Hnn Qnoup, CLc_

Name

Case number (if known) _18-63282_

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name

_CaliBer Homes loans_

Describe debtor's property that is subject to a lien

_40 Law Street_
_Valley Stream_
_NY 11580_

$ _47,000_    $ _350,000_

Creditor's mailing address

_P.O. Box 24610_
_Oklahoma, OK 43124_

Describe the lien _Alleged Holder_

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.** Creditor's name

_JP Morgan Chase Bank_

Describe debtor's property that is subject to a lien

_109 Timberland Dr_
_Brentwood, NY 11717_

$ _356,850_    $ _299,00_

Creditor's mailing address

_3415 Vision Drive_
_Columbus OH 43214_

Describe the lien _Alleged Lien Holder_

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Debtor Mnn Group, LLC          Case number (if known) 18 63282

---

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Mr. Cooper

Creditor's mailing address

8950 Cypress Waters Bivd
Coppell, TX 75019

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
Federal National
Assoc. mortgage

☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

1017 S. Beechfield Ave
Baltimore, MD 21229    $ 203357.18   $ 210,000

Describe the lien Servicer

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** Creditor's name

Ocwen Loan Servicing

Creditor's mailing address

P.O. Box 24738
W. Palm Beach, FL 33416

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
McCabe Weisberg

☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

159 Rent Ave
Central Islip NY 11722   $ 351,181   $ 300,000

Describe the lien Security Lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 2cb of 25

Debtor    _HNN Group LLC_
Name

Case number (if known) _18-63282_

| Part 1: | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name  _Citi Bank NA_

Describe debtor's property that is subject to a lien
_400 Elmore Stret_  $ _35-4750_  $ _294,000_
_Central Islip NY 11722_

Creditor's mailing address
_1 Home Campus_
_Des Moines, IA 50328_

Describe the lien
_Secinety Lien_

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_Lien, Such & Crowe_

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.** Creditor's name  _US Bank Trust NA_
_Trustee Of Bungalow_
_Series F Trust_

Describe debtor's property that is subject to a lien
_16-73 Spur Drive No._  $ _375,950_  $ _337,000_
_Central Islip NY 11722_

Creditor's mailing address  _Ste 250_
_7114 E. Stetson Dr._
_Scottsdale, AZ 85251_

Describe the lien
_Secinety Lien / Alleged Truster_

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred  _____
Last 4 digits of account number  __ __ __ __

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.
_Kowalinskie & maralo_

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  *HNN Group, LLC*   Case number *(if known)* *18-63282*
Name

| Part 1: | Additional Page | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value | that supports this |
| | | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.**  Creditor's name

*Bank Of America*

Describe debtor's property that is subject to a lien

*319 Grave Ave*
*Patchogue NY 11772*   $ *341,600*   $ *307,000*

Creditor's mailing address

*100 N. Tryon Street*
*Charlotte, NC 28755*

Describe the lien

*Security Lien*

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   *Berkman Hensell*

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.**  Creditor's name

*DLJ Mortgage Capital*

Describe debtor's property that is subject to a lien

*16127 Sandhill rd.*
*Winter Garden FL*
*34787*   $ *775,000*   $ *345,000*

Creditor's mailing address   *FL.4*

*9300 S. Dadeland Blvd*
*Miami, FL 33156*

Describe the lien

*Security Lien*

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   *Quintanios Prieto*
   *Wood*

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor _Hinn Group, LLC_   Name   Case number (if known) _18-63282_

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| | | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name
_Nation Stan Mtg_

Creditor's mailing address  #250
_22837 Ventura Blvd
Woodland Hills
CA 91364_

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _Ai Daid Fire_
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_3217 Campbell St.
Sarasota, FL 34231_   $ _350,000_   $ _300,000_

Describe the lien
_Security Lien_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.__**  Creditor's name
_~~Nation Stan Mtg~~
US Bank NA_

Creditor's mailing address   Blvd.
_8950 Cypress Waters
Coppell, TX 75019_

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _David Funk, LLP_
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_15 Sunbonnet Lane
Bellport NY 11713_   $ _407,720_   $ _315,000_

Describe the lien
_Security Lien_

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Debtor  *HMN Group, LLC*  Case number (if known) *18-63282*

Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.___** Creditor's name *The Bank of NY Mellon Trustee for Certificat Holders Gwings Inc*

Describe debtor's property that is subject to a lien

*13 63rd Street West NY, NJ 07093*   $ *540,774*   $ *395,000*

Creditor's mailing address *400 Fellowship Rd 100 Ste mt. Caurnel, NJ 08054*

Describe the lien *Security Lien/Trustee*

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority. *Whelan Mellanen Ramdell*

 ☐ Yes. The relative priority of creditors is specified on lines _____

**2.___** Creditor's name *Deutsche Bank NA Trust company as trustee for Soundview Home Trust 2006-Opt2 Asset-Backed Certificate series 2006 Opt2*

Describe debtor's property that is subject to a lien

*131 Dorchester Rd Hackensack, NJ 07601*   $ *635,111*   $ *440,000*

Creditor's mailing address *111 Woodcrest Rd Ste 200 Cherry Hill NJ 08003*

Describe the lien *Security Lien/Trustee*

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Date debt was incurred _____
Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
 ☐ No. Specify each creditor, including this creditor, and its relative priority. *Unden law office*

 ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Name** HNW Group, LLC

Case number *(if known)* 18-63282

---

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.** Creditor's name LSF9 Master Participation Trust

Creditor's mailing address
13801 Wireless Way
Oklahoma City OK 73134

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   *Mulliner Mulliner Brandon* _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
1 Seminole Ave
Dumont, NJ 07628

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $282,400   Value of collateral: $304,200

---

**2.** Creditor's name EMAD Homes, LLC

Creditor's mailing address Plaza
35 Journal Square Ste. 414
Jersey City NJ 07306

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   *Rodriguez Law Group* _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
_____

$_____   $_____

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Official Form 206D   Additional Page of Schedule D: Creditors Who Have Claims Secured by Property   page 25 of 25

**Fill in this information to identify the case:**

Debtor            HRN GROUP, LLC

United States Bankruptcy Court for the:  NORTHERN _____ District of  GA
                                                                      (State)

Case number  18-63282
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

**2.3** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account
number**  __ __ __ __

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

Debtor    HRN GROUP, LLC
_____    Case number (if known) 18-63282
Name

**Part 1:**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
_____

Last 4 digits of account
number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
_____

Last 4 digits of account
number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
_____

Last 4 digits of account
number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2._** Priority creditor's name and mailing address

$_____    $_____

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**
_____

Last 4 digits of account
number     ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

| Debtor | HRN GROUP, LLC | Case number *(if known)* 18- 63282 |
|---|---|---|
| | Name | |

**Part 2:** List All Creditors with **NONPRIORITY** Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
IRVIN JOHNSON

P.O. BOX 100004

DECATUR, GA 30031-7004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 2,496.06

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.2**

Nonpriority creditor's name and mailing address
INTERNAL REVENUE SERVICE

KANSAS CITY, MO 64999

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

Nonpriority creditor's name and mailing address
GEORGIA DEPARTMENT OF REVENUE

P.O. BOX 105499

ATLANTA, GA 30348-5499

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 245.45

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

**3.4**

Nonpriority creditor's name and mailing address
EQUIFAX

P.O. BOX 740256

ATLANTA, GA 30348

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

**3.5**

Nonpriority creditor's name and mailing address
EXPERIAN

P.O. BOX 9701

ALLEN, TX 75013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

**3.6**

Nonpriority creditor's name and mailing address
TRANSUNION

2 BALDWIN PLACE, P.O BOX 1000

CHESTER, PA 19016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number _ _ _ _

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | HRN GROUP, LLC | Case number *(if known)* | 18-63282 |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

3.___  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

3.___  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

3.___  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

3.___  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

---

Debtor    HRN GROUP, LLC _____    Case number *(if known)* _18-63282_____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | — — — — |

Debtor    HRN GROUP, LLC _____     Case number (if known)_ 18-63282 _____
          Name

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

4.__ _____  Line ____

_____  ☐ Not listed. Explain _____      — — — —

_____

| Debtor | HRN GROUP, LLC | Case number (if known) | 18-63282 |
|---|---|---|---|
| | Name | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. | + $ 2742.05 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2742.05 |

**Fill in this information to identify the case:**

Debtor name __HRN GROUP, LLC__

United States Bankruptcy Court for the: __NORTHERN__    District of __GA__
(State)

Case number (If known): __18-63282__    Chapter __7__

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor    HRN GROUP, LLC
       Name

Case number (if known)__18-63282__

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

2.__ | State what the contract or lease is for and the nature of the debtor's interest
State the term remaining
List the contract number of any government contract

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | HRN GROUP, LLC |
| United States Bankruptcy Court for the: | NORTHERN   District of   GEORGIA |
| | (State) |
| Case number (If known): | 18-63282 |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    HRN GROUP, LLC
　　　　　Name

Case number (if known)  18-63282

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                    Column 2: Creditor

| Name | Mailing address | | Name | Check all schedules that apply: |
|------|------|------|------|------|

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G

2.___                     Street

City        State        ZIP Code

☐ D
☐ E/F
☐ G