**IT IS ORDERED as set forth below:**



Date: October 2, 2018

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> HRN GROUP, LLC AKA HOMERETENTION, <br>          Debtor. | CASE NO. 18-63282-wlh <br><br> CHAPTER: 7 <br><br> JUDGE: WENDY L. HAGENAU |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET-BACKED CERTIFICATES, SERIES 2007-OPT1, <br>          Movant, <br><br> v. <br><br> HRN GROUP, LLC, Debtor, <br> JOHN LEWIS, JR., Trustee, <br>          Respondent(s). | CONTESTED MATTER |

ORDER GRANTING MOTION FOR RELIEF FROM STAY  (#13)

The above styled Motion was called for hearing on September 27, 2018 upon Notice of

Hearing to each of the above-captioned parties in interest. The Matter was heard by the Court. Present at the hearing were Andrew H. McCullen, for Movant and Danitta Morton, a/k/a Danitta Ross, for the Debtor. Accordingly;

IT IS HEREBY ORDERED that the 11 USC §362(a) automatic stay is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 4596 Meadow Creek Path, Lithonia, Georgia 30038.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds which may be in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ *Andrew H. McCullen*
Andrew McCullen, Bar No.: 872658
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: amccullen@aldridgepite.com

DISTRIBUTION LIST

HRN Group, LLC
4596 Meadow Creek Path
Lithonia, GA 30038

John Lewis, Jr.
Suite 1650
1180 West Peachtree Street, NW
Atlanta, GA 30309

ALDRIDGE PITE, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305